# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| PATRICIA DONADIO, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>BAYER HEALTHCARE LLC,<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  22-CV-06521 EAW<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ **recover from the defendant** *(name)* _____ **the amount of** _____ **dollars ($** _____ **), which includes prejudgment interest at the rate of** _____ **%, plus post judgment interest at the rate of** _____ **% per annum, along with costs.**

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:** Defendant's motion to dismiss is granted and the Clerk of Court is directed to enter judgment and close the case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Elizabeth A. Wolford  on a motion for dismissal in favor of Defendant.

Date:  03/19/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*